# Ogletree
# Deakins

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

*Attorneys at Law*

1735 Market Street, Suite 3000
Philadelphia, PA 19103
Telephone: 215.995.2800
Facsimile: 215.995.2801
www.ogletreedeakins.com

Clark Whitney
215.995.2815
clark.whitney@ogletree.com

January 5, 2023

**<u>Via ECF</u>**
Honorable Mitchell S. Goldberg
U.S. District Court for the E.D. Pa.
James A. Byrne U.S. Courthouse
601 Market Street, Room 17614
Philadelphia, PA 19106

      Re:    **Susan Jones v. Leidos, et al.**
                **USDC for the Eastern District of Pa., Civil Action No. 2:21-cv-04047-MSG**

Dear Judge Goldberg:

      Pursuant to Your Honor's Order dated December 22, 2022 (ECF No. 13), the parties in the above-referenced matter hereby jointly submit this letter regarding the status of arbitration. As the Court is aware, the Honorable Thomas J. Rueter (Ret.) has been appointed as the arbitrator in this matter. During the discovery process, the parties learned that the Claimant, Susan Jones, had passed away. The Arbitrator initially stayed the matter to allow Claimant's Counsel an opportunity to communicate with Ms. Jones' estate. After the estate advised Claimant's Counsel that the estate did not wish to continue the arbitration, the demand for arbitration was withdrawn and the Arbitrator closed the arbitration by Order dated December 8, 2022. A copy of the Order is attached hereto. The parties have filed a stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41.

      If Your Honor requires any additional information, the parties would be happy to provide it. Thank you.

                                                      Respectfully,

                                                      Clark Whitney

Enclosure

Atlanta ▪ Austin ▪ Berlin (Germany) ▪ Birmingham ▪ Boston ▪ Charleston ▪ Charlotte ▪ Chicago ▪ Cleveland ▪ Columbia ▪ Dallas ▪ Denver ▪ Detroit Metro
Greenville ▪ Houston ▪ Indianapolis ▪ Jackson ▪ Kansas City ▪ Las Vegas ▪ London (England) ▪ Los Angeles ▪ Memphis ▪ Mexico City (Mexico) ▪ Miami
Milwaukee ▪ Minneapolis ▪ Morristown ▪ Nashville ▪ New Orleans ▪ New York City ▪ Orange County ▪ Philadelphia ▪ Phoenix ▪ Pittsburgh ▪ Portland ▪ Raleigh
Richmond ▪ St. Louis ▪ St. Thomas ▪ San Antonio ▪ San Diego ▪ San Francisco ▪ Seattle ▪ Stamford ▪ Tampa ▪ Toronto (Canada) ▪ Torrance ▪ Tucson ▪ Washington

54520700.v1-OGLETREE

JAMS Arbitration Case, Reference No. 5450000107

Susan Jones
    Claimant

v.

Leidos, et al.
    Respondents

## ORDER

AND NOW, this 8th day of December, 2022, after a conference call on December 5, 2022, and having been previously advised that the Claimant, Susan Jones, had died, and now having been advised by letter dated December 7, 2022, from counsel on behalf of Claimant's estate, that the estate does not wish to continue this arbitration, it is hereby

**ORDERED**

that the demand for arbitration is **WITHDRAWN** and this arbitration proceeding is **CLOSED**.

*[signature]*
Honorable Thomas J. Rueter (Ret.)
Arbitrator